UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DELAINA THOMPSON )| CASE NO. 3:12-00025<br>JUDGE SHARP |

## O R D E R

A hearing on a plea of guilty in this matter is hereby scheduled for Friday, September 6, 2013, at 10:00 a.m.

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE