UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO. 3:12-00025 |
| | ) | JUDGE SHARP |
| DELAINA THOMPSON | ) | |

## O R D E R

Pending before the Court is the Motion of the United States to Continue Sentencing Hearing for Defendant Delaina Thomspon (Docket No. 64) to which the Defendant does not oppose.

The motion is GRANTED and the hearing scheduled for Friday, December 6, 2013, is hereby rescheduled Thursday, December 19, 2013, at 1:30 p.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE